**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA        *
             *
VS              *     CRIMINAL NO. **B-04-996-01**

**Jose Cruz Trevino-Cantu**

# O R D E R

BE IT REMEMBERED on this 18th day of April, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **December 22, 2004**, wherein the defendant **Jose Cruz Trevino-Cantu** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Jose Cruz Trevino-Cantu** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant **Jose Cruz Trevino-Cantu, guilty of the offense of an alien unlawfully found in the United States after deportation, having been convicted of an aggravated felony, in violation of 8 USC 1326(a) and (b).**

SIGNED this the  18th day of April, 2005.

Andrew S. Hanen
United States District Judge